

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2018

No. 04-17-00505-CR & 04-17-00506-CR

Richard Anthony **GALINDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5792 & 5793
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on May 10, 2018. This court previously granted two motions giving appellant additional time to file his brief. This court's last order granted appellant's requested extension to July 16, 2018, but stated no further extensions would be granted absent extenuating circumstances.

On July 16, 2018, appellant filed a motion to dismiss these appeals requesting that the appeals be dismissed "without prejudice." This court cannot dismiss an appeal without prejudice. TEX. R. APP. P. 42.2; 43.2(f). Alternatively, appellant requests that this court consider the brief he filed in the trial court in support of a motion to reconsider as his appellant's brief. Because an appellant's brief must comply with Rule 38.1 of the Texas Rules of Appellate Procedure, and the brief appellant filed in the trial court does not comply with that rule, appellant's motion is DENIED. Appellant's brief must be filed no later than July 30, 2018. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court